UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES EMERY WALDON, | ) | Case No. CV 08-1996-DSF(AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| DEBRA DEXTER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**It is hereby adjudged** that petitioner's claim regarding the 2006 parole denial is dismissed without prejudice and the remainder of the petition for a writ of habeas corpus is dismissed with prejudice as untimely.

Dated: November 12, 2008

_____
Dale S. Fischer
United States District Judge